UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| ROBERT J. SHANDER, ) | Case No. 15-11663 |
| ) | Hon. Eugene R. Wedoff |
| ) | Hearing Date: Tues., Nov. 17, 2015 |
| Debtor. ) | @ 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, November 17, 2015** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Eugene R. Wedoff or any other Judge sitting in his stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee


Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, affirms that on October 15, 2015, he served a copy of the attached Motion together with attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

/s/Norman B. Newman

## **SERVICE LIST**

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Robert Honig, Esq.
116 S. York Street, Suite 215
Elmhurst, IL 60126

Robert J. Shander
329 Avonelle Drive
Chicago Heights, IL 60411

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| ROBERT J. SHANDER, | ) | Case No. 15-11663 |
| | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: Tues., Nov. 17, 2015 |
| Debtor. | ) | @ 10:00 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period May 12, 2015 through September 22, 2015.  In support of this Application, Much Shelist respectfully states as follows:

1. On March 31, 2015, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.  The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On May 27, 2015, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.  This application includes legal services rendered by the Trustee.  Mr. Newman has taken care to distinguish his legal services from his Trustee services.  Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this

case. To date, Much Shelist has received no amounts whatsoever for services it has rendered in this case.

4.  Much Shelist provided 7.00 hours of services on behalf of the Trustee during the time period covered by this application. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 2.40 hrs. | $625.00/hr. | $1,500.00 |
| John A. Benson, Jr. | 4.60 hrs. | $350.00/hr. | 1,610.00 |
|  |  |  |  |
| **TOTAL** | **7.00 hrs.** |  | **$3,110.00** |

5.  Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in <u>In re Continental Securities Litigation</u>, 572 F. Supp. 931 (N.D. Ill. 1983) <u>modified</u> 692 F.2d 766 (7th Cir. 1992).

6.  At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

7.  During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A.  **Employment of Professionals (Tab B-1)**: A total of 1.80 hours of time was expended by Much Shelist with the preparation of pleadings and an appearance in Court on the

2

Trustee's Motion to Employ Attorneys. The individuals who provided services in connection with the Employment of Professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .80 hrs. | $625.00/hr. | $500.00 |
| John A. Benson, Jr. | 1.00 hrs. | $350.00/hr. | 350.00 |
|  |  |  |  |
| **TOTAL:** | **1.80 hrs.** |  | **$850.00** |

B.  **Disposition of Assets (Tab B-2)**: A total of 4.40 hours of time was expended by Much Shelist in connection with the disposition of the assets of this estate. The single non-exempt asset in this case was a ½ interest in real estate located at 329 Avonelle Drive, Chicago Heights, Illinois (the "Real Property") which the Debtor owned with his non-Debtor spouse. Much Shelist attorneys conducted telephonic and written communications with Debtor's attorney with respect to obtaining an offer for the Real Property. Much Shelist expended time drafting the Motion for Authorization to Sell Trustee's Right, Title and Interest in the Real Property and appearing in Court on same.

Through the efforts of Much Shelist attorneys, the Trustee recovered funds in the approximate amount of $10,000.00 for this estate from the sale of Trustee's interest in the Real Property to the Debtor's spouse.

The individuals who provided services in connection with the Disposition of Assets and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .80 hrs. | $625.00/hr. | $500.00 |
| John A. Benson, Jr. | 3.60 hrs. | $350.00/hr. | 1,260.00 |
|  |  |  |  |
| **TOTAL:** | **4.40 hrs.** |  | **$1,760.00** |

C.  **Fee Applications (Tab B-3)**: Mr. Newman expended .80 hrs. of time at the rate of $625.00/hr. for a total of $500.00 on the preparation of this fee application

3

8. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $195.00. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

9. The services rendered by Much Shelist as the Trustee's attorney have resulted in a benefit to the Trustee and to the creditors of this estate. There will be funds available to provide for a distribution to unsecured creditors. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $3,110.00 plus reimbursement of out-of-pocket expenses in the amount of $195.00 for services rendered during the period May 12, 2015 through September 22, 2015.

2. Authorizing the Trustee to pay Much Shelist the compensation awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

By: /s/ Norman B. Newman
One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

4

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| ROBERT J. SHANDER, | ) | Case No. 15-11663 |
| | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: Tues., Nov. 17, 2015 |
| Debtor. | ) | @ 10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant: Much Shelist, P.C.

Authorized to provide professional services to: Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment: May 27, 2015

Period for which compensation is sought: through September 22, 2015

Amount of fees sought: $3,110.00

Amount of expense reimbursement sought: $195.00

Retainer previously received: $0.00

This is a(n): Interim Application ___ Final Application  X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 10/15/15     **MUCH SHELIST, P.C.**

By: /s/Norman B. Newman

5