UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| ROBERT J. SHANDER, | ) | Case No. 15-11663 |
| | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: Tues., Nov. 17, 2015 |
| Debtor. | ) | @ 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, November 17, 2015** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Eugene R. Wedoff or any other Judge sitting in his stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, affirms that on October 15, 2015, he served a copy of the attached Motion together with attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Robert Honig, Esq.
116 S. York Street, Suite 215
Elmhurst, IL 60126

Robert J. Shander
329 Avonelle Drive
Chicago Heights, IL 60411

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SHANDER, ROBERT J | ) | Case No. 15-11663 |
| | ) | |
| | ) | Hon. EUGENE R. WEDOFF |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To:   THE HONORABLE EUGENE R. WEDOFF

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $1,750.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $10,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 500.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 1,750.00 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: September 22, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Shander, Robert J.
c/o Norman B. Newman, Chapter 7 Trustee
Much Shelist, P.C.
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012491.0007**

15 - Trustee Matters

## FEES THROUGH SEPTEMBER 22, 2015

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/18/15 | NBN | Meet with J. Benson regarding motion to sell real estate. | 0.20 |
| 05/20/15 | NBN | Review filed version of motion to sell interest in real estate. | 0.20 |
| 05/27/15 | NBN | Review order granting motion to employ attorney. | 0.20 |
| 06/02/15 | NBN | Review letter from R. Honig and check for purchase price. | 0.20 |
| 06/04/15 | NXS | Set up bank account, request TIN# and list assets for Shander in Caselink. | 0.30 |
| 06/09/15 | NBN | Sign W-9 and discuss sale hearing with J. Benson. | 0.20 |
| 06/10/15 | NBN | Discussion with J. Benson regarding sale approval and review sale order. | 0.30 |
| 06/10/15 | NXS | Deposit funds received from purchaser for Trustee right, title and interest in real estate. | 0.20 |
| 06/11/15 | NBN | Correspondences with R. Honig regarding sale order entered and deposit of purchase price. | 0.20 |
| 06/12/15 | NBN | Review initial report of assets (.20); review schedule and SOFA (.30). | 0.50 |
| 06/18/15 | NBN | Review claim of Discover Bank. | 0.20 |
| 06/23/15 | NBN | Review claims of Quantum Group-Comenity Bank. | 0.20 |
| 07/06/15 | NBN | Review discharge order. | 0.20 |
| 07/07/15 | NBN | Review claim of Fifth Third Bank. | 0.20 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |
| 09/17/15 | NBN | Review claims register. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501



Shander, Robert J.
c/o Norman B. Newman, Chapter 7 Trustee
Much Shelist, P.C.
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012491.0007**

15 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| | | Total Hours | 4.20 |

---

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

 



**MUCH** *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Shander, Robert J.
c/o Norman B. Newman, Chapter 7 Trustee
Much Shelist, P.C.
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012491.0007**

15 - Trustee Matters

### TIMEKEEPER SUMMARY THROUGH SEPTEMBER 22, 2015

| Timekeeper | Rate | Hours |
|---|---|---|
| Newman, Norman B. | $625.00 | 3.10 |
| Sulak, Nancy A. | $170.00 | 1.10 |
| **Total Hours** | | **4.20** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.